# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE OCUGEN, INC. SECURITIES LITIGATION | Case No. 2:24-cv-01500-KBH <br><br> CLASS ACTION |
| THIS DOCUMENTS RELATES TO: <br><br> 2:24-cv-01500-KBH (PATTERSON) | |

## STIPULATION OF DISMISSAL AS TO CERTAIN INDIVIDUAL DEFENDANTS

Lead Plaintiff Farhan Beig and Plaintiff Stephen Gary Mansfield (collectively "Plaintiffs"), and Defendants Ocugen, Inc., Shankar Musunuri, Sanjay Subramanian, Jessica Crespo, Quan Vu, and Michael Breininger (collectively "Defendants" and, together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on April 11, 2024, an initial plaintiff, Austin Patterson, filed a putative class-action complaint in the above-captioned action ("Complaint") asserting claims against Ocugen, Inc., Shankar Musunuri, Sanjay Subramanian, Jessica Crespo, Quan Vu, and Michael Breininger pursuant to §§ 10(b) and 20(a) of the Securities Exchange Act of 1934 (ECF No. 1);

WHEREAS, on August 6, 2024, the Court appointed Farhan Beig as Lead Plaintiff, and Pomerantz LLP as Lead Counsel (ECF No. 27);

WHEREAS, on October 4, 2024, Plaintiffs filed an amended putative class-action complaint in the above-captioned action ("Amended Complaint") asserting claims against Ocugen, Inc. and Shankar Musunuri pursuant to §§ 10(b) and 20(a) of the Securities Exchange Act of 1934 (ECF No. 36), but no claims against Defendants Sanjay Subramanian, Jessica Crespo, Quan Vu, and Michael Breininger;


NOW, THEREFORE, pursuant to Rule 41(a)(1)(A)(ii), and consistent with the named parties in the Amended Complaint, the Parties stipulate to a voluntary dismissal without prejudice as to Defendants Sanjay Subramanian, Jessica Crespo, Quan Vu, and Michael Breininger only.

Dated: October 15, 2024

| | |
|---|---|
| **POMERANTZ LLP** | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
| */s/ Brenda Szydlo* <br> Jeremy A. Lieberman (admitted *pro hac vice*) <br> Brenda Szydlo (admitted *pro hac vice*) <br> Emily C. Finestone (SBN 323709) <br> Dean P. Ferrogari (admitted *pro hac vice*) <br> 600 Third Avenue, 20th Floor <br> New York, New York 10016 <br> Telephone: (212) 661-1100 <br> Facsimile: (917) 463-1044 <br> jalieberman@pomlaw.com <br> bszydlo@pomlaw.com <br> efinestone@pomlaw.com <br> dferrogari@pomlaw.com <br><br> *Counsel for Lead Plaintiff Farhan Beig, Plaintiff Stephen Gary Mansfield and the proposed Class* | */s/ Jay A. Dubow* <br> Jay A. Dubow (PA Bar No. 41741) <br> 3000 Two Logan Square <br> Eighteenth & Arch Streets <br> Philadelphia, PA 19103-2799 <br> 215.981.4000 <br> jay.dubow@troutman.com <br><br> Whitney R. Redding (PA Bar # 308893) <br> Union Trust Building <br> 501 Grant Street, Suite 300 <br> Pittsburgh, PA 15219-4429 <br> 412.454.5000 <br> whitney.redding@troutman.com <br><br> Mary M. Weeks (admitted *pro hac vice*) <br> 600 Peachtree Street NE, Suite 3000 <br> Atlanta, GA 30308 <br> 404.885.3634 <br> mary.weeks@troutman.com <br><br> *Attorneys for Defendants Ocugen, Inc., Shankar Musunuri, Sanjay Subramanian, Jessica Crespo, and Michael Breininger* |
| **BRONSTEIN, GEWIRTZ &** <br> Peretz Bronstein <br> 60 East 42nd Street, Suite 4600 <br> New York, New York 10165 <br> Telephone: (212) 697-6484 <br> Facsimile: (212) 697-7296 <br> peretz@bgandg.com <br><br> *Additional Counsel for Lead Plaintiff Farhan Beig* | |
| APPROVED: <br><br> /s/ Hon. Kelley B. Hodge <br><br> Date: October 16, 2024 | **SHOOK, HARDY & BACON L.L.P.** <br><br> */s/ Andrew S. Boutros* <br> Thomas J. Sullivan, BBO#666841 <br> Two Commerce Square <br> 2001 Market St., Suite 3000 |

- 3 -

Philadelphia, Pennsylvania 19103
Telephone: 215.278.2555
Email: tsullivan@shb.com

Andrew S. Boutros (admitted *pro hac vice*)
111 S. Wacker Drive, Suite 4700,
Chicago, IL 60606
Telephone: (312) 704-7700
Email: aboutros@shb.com

*Attorneys for Defendant Quan Vu*

- 4 -

## **ATTESTATION**

Pursuant to L.R. 5.1.2.8(c), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

>  */s/ Jay A. Dubow*
>  Jay A. Dubow (PA Bar No. 41741)