**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE OCUGEN, INC. SECURITIES LITIGATION | Case No. 2:24-cv-01500-KBH |

**DECLARATION OF JAY A. DUBOW**

I, Jay A. Dubow, of full age, hereby certify and say as follows:

1. I am a partner with the law firm Troutman Pepper Hamilton Sanders LLP, counsel for Defendants Ocugen, Inc. ("Ocugen") and Shankar Musunuri in the above-captioned matter.

2. I respectfully submit this Declaration in support of Defendants' Motion to Dismiss the Amended Complaint. For the convenience of the Court, copies of certain documents referenced in Defendants' Memorandum of Law in Support of their Motion to Dismiss the Amended Complaint are attached hereto as follows:

a. Attached hereto as Exhibit A is a true and correct copy of Ocugen's 2020 Form 10-K (filed 03/19/21).

b. Attached hereto as Exhibit B is a true and correct copy of Ocugen's 2021 Form 10-K (filed 02/28/22).

c. Attached hereto as Exhibit C is a true and correct copy of Ocugen's 2022 Form 10-K (filed 02/28/23).

d. Attached hereto as Exhibit D is a true and correct copy of Ocugen's Form 8-K (filed 06/06/24).

e. Attached hereto as Exhibit E is a true and correct copy of Ocugen's 2023 Form 10-K (filed 04/16/24).

f. Attached hereto as Exhibit F is a true and correct copy of Ocugen's Form 8-K (filed 03/10/23).

g. Attached hereto as Exhibit G is a true and correct copy of an Ocugen common stock (OCGN) chart pulled from Nasdaq detailing the prices of Ocugen's common stock between the date range of March 10, 2023 and April 8, 2024.

h. Attached hereto as Exhibit H is a true and correct copy of stock price data compiled by Nasdaq reflecting the Ocugen common stock (OCGN) historical quotes between the date range of May 1, 2020 and May 1, 2024.

i. Attached hereto as Exhibit I is a true and correct copy of Ocugen's Fourth Quarter 2023 Earnings Call transcript published by S&P Global Market Intelligence, a division of S&P Global Inc., dated April 2, 2024.

j. Attached hereto as Exhibit J is a true and correct copy of the H.C. Wainwright & Co. analyst report entitled "Clinical Pipeline Progress Continues; Reiterate Buy" dated April 3, 2024.

k. Attached hereto as Exhibit K is a true and correct copy of the Noble Capital Markets, Inc. analyst report entitled "Progress in Clinical Trials Overshadows FY2023 Filing Delay" dated April 3, 2024.

l. Attached hereto as Exhibit L is a true and correct copy of the Chardan Capital Markets, LLC analyst report entitled "OCGN (Buy, $5PT): Two OCU400 Ph3 Studies to Launch in 2024; 4Q23 Results" dated April 22, 2024.

m. Attached hereto as Exhibit M is a true and correct archived copy of the "Analyst Coverage" webpage on Ocugen's website as of April 16, 2024.

n. Attached hereto as Exhibit N is a true and correct copy of the notice published by analyst Cantor Fitzgerald & Co. entitled "Discontinuing Coverage of Ocugen (OCGN)" dated January 26, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 6, 2024

/s/ *Jay A. Dubow*
Jay A. Dubow