IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE OCUGEN, INC. SECURITIES LITIGATION | Case No. 2:24-cv-01500-KBH |
|---|---|
| THIS DOCUMENT RELATES TO: 2:24-CV-01500-KBH (PATTERSON) | **CLASS ACTION** |

**O R D E R**

**AND NOW**, this 29th day of July, 2025, upon consideration of Defendants' Motion to Dismiss the Amended Class Action Complaint (ECF No. 40), and the responses thereto (ECF Nos. 42, 44), **IT IS ORDERED** that the Motion is **GRANTED.** Plaintiff's Amended Class Action Complaint is **DISMISSED WITH PREJUDICE.** The Court Clerk shall mark this matter as **CLOSED.**

BY THE COURT:

/s/ Hon. Kelley B. Hodge

HODGE, KELLEY B., J.