UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE OCUGEN, INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Case No: 2:24-cv-01500-KBH – PATTERSON | Case No.: 2:24-cv-01500-KBH<br><br>Hon. Kelley B. Hodge<br><br><u>CLASS ACTION</u> |

# NOTICE OF APPEAL TO THE U.S. COURT OF <u>APPEALS FOR THE THIRD CIRCUIT</u>

Notice is hereby given that Lead Plaintiff Farhan Beig and named Plaintiff Stephen Gary Mansfield (collectively, "Plaintiffs") appeal to the United States Court of Appeals for the Third Circuit from the Memorandum Opinion (ECF No. 45) and Order (ECF No. 46) of the United States District Court, Eastern District of Pennsylvania, granting Defendants' Motion to Dismiss the Amended Class Action Complaint with prejudice, dated and entered in this action on July 29, 2025.

Dated: August 26, 2025              Respectfully submitted,

**POMERANTZ LLP**

 */s/ Brenda Szydlo*
Jeremy A. Lieberman (admitted *pro hac vice*)
Brenda Szydlo (admitted *pro hac vice*)
Emily C. Finestone (SBN 323709)
Dean P. Ferrogari (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
bszydlo@pomlaw.com
efinestone@pomlaw.com
dferrogari@pomlaw.com

*Lead Counsel for Plaintiffs and the Proposed Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile (212) 697-7296
Email: peretz@bgandg.com

*Additional Counsel*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

Dated: August 26, 2025

*/s/ Brenda Szydlo*
Brenda Szydlo